IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACINTO ESTRADA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-785 |
| | § | |
| POTATO PATCH, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This is an FLSA case. The defendants were served with process on April 11, 2014, but have not filed an answer or otherwise appeared. The initial pretrial conference set for June 27, 2014 is cancelled. It is reset for **September 5, 2014**, at 8:30 a.m. By **August 15, 2014**, the plaintiffs must file appropriate motions to pursue this case or it will be dismissed, without prejudice, for failure to prosecute.

SIGNED on June 10, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge